■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL BURGESS, Appellant. [930 NYS2d 442]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Defendant may not challenge the voluntariness of his underlying guilty plea on this appeal (*see People v Jordan*, 16 NY3d 845 [2011]). Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Román, JJ.